BEFORE THE THIRD DIVISION, AUGUST 16, 1965

No. 69516.—Providence Import Co., Inc. v. United States, protest 59/26207 (New York).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise was erroneously appraised at $1.85 per square yard rather than at the correct appraisement of $1.85 per square meter, the claim of the plaintiff was sustained.

No. 69517.—S. Dennis, Inc. v. United States, protests 63/4690 and 63/5719 (San Francisco).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the correct dutiable weight of the merchandise covered by entry B. 3937 of protest 63/4690 is 20,629 pounds, instead of 26,664 pounds, and that the correct dutiable weight of the merchandise covered by entry B. 3984 of protest 63/5719 is 17,250 pounds, instead of 23,000 pounds, the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, AUGUST 23, 1965

No. 69518.—Louis Marx & Co. v. United States, protests 320468–K, etc. (New York).

Opinion by OLIVER, J. In accordance with stipulation of counsel that the merchandise consists of miniature motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiff was sustained.

No. 69519.—Selectile Co., Inc., et al. v. United States, protests 60/10350(B), etc. (Los Angeles).

Opinion by NICHOLS, J. In accordance with stipulation of counsel that the merchandise consists of polished marble slabs similar in all material respects to those the subject of Selectile Co., Inc. v. United States (54 Cust. Ct. 30, C.D. 2504), the claim of the plaintiffs was sustained.